UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

River Valley Fitness One LP

    v.                              Case No. 1:06-mc-3-JM

Pierre Thibeault

**O R D E R**

Petitioner's motion is untimely.  See Fed. R. Bankr. P. 8002(a).  Even if the motion is considered as a request to extend the appeal period, it is untimely.  See Fed. R. Bankr. P. 8002(c)(2).  Additionally, "(o)nly the bankruptcy court, not the district court . . . may extend the time for filing the notice of appeal."  10 COLLIER ON BANKRUPTCY § 8002.09[1].  The motion for review and to extend relief is denied.

**SO ORDERED.**

                                          _____
                                          James R. Muirhead
                                          United States Magistrate Judge

Date:  January 17, 2006

cc:    James W. Donchess, Esq.
        Pierre Thibeault, *pro se*